# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC.; VERSATA DEVELOPMENT GROUP, INC., F/K/A TRILOGY DEVELOPMENT GROUP, INC.; AND VERSATA COMPUTER INDUSTRY SOLUTIONS, INC., F/K/A TRILOGY COMPUTER INDUSTRY SOLUTIONS, INC. | § § § § § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 2:07-cv-153-CE |
| v. | § § § | JURY TRIAL DEMANDED |
| SAP AMERICA, INC. AND SAP AG | § § § | |
| Defendants. | § § | |

### ORDER GRANTING SAP'S MOTION FOR LEAVE TO AMEND ANSWER

Before the Court is Defendant SAP America, Inc., and SAP AG's ("SAP") Motion for Leave to Amend Answer.  After due consideration, the motion is well taken and **GRANTED**.

SIGNED this 20th day of February, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE