IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., ET AL. | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-153-CE |
| | § | |
| SAP AMERICA, INC., ET AL. | § | |

**VERDICT FORM**

**Question No. 1:**

Do you find that Versata has proven, by a preponderance of the evidence, that SAP has directly infringed claims 26, 28, and 29 of U.S. Patent No. 6,553,350 B2 ("the '350 patent")?

Answer "yes" or "no" for each claim.

Claim 26: _____yes_____

Claim 28: _____yes_____

Claim 29: _____yes_____

**Question No. 2:**

Do you find that Versata has proven, by a preponderance of the evidence, that SAP has induced the infringement of claim 29 of U.S. Patent No. 6,553,350 B2 ("the '350 patent"), after April 20, 2007?

Answer "yes" or "no."

Claim 29:        _yes_____

**Question No. 3:**

Do you find that Versata has proven, by a preponderance of the evidence, that SAP has contributed to the infringement of claim 29 of U.S. Patent No. 6,553,350 B2 ("the '350 patent"), after April 20, 2007?

Answer "yes" or "no."

Claim 29:        *yes*

4

**Question No. 4:**

Do you find that Versata has proven by a preponderance of the evidence that SAP has directly infringed claims 31, 35, and 36 of U.S. Patent No. 5,878,400 ("the '400 patent")?

Answer "yes" or "no" for each claim.

Claim 31:     _____ yes _____

Claim 35:     _____ yes _____

Claim 36:     _____ yes _____

5

**Question No. 5:**

Do you find by clear and convincing evidence that the asserted claims of the '350 patent are invalid because the patent fails to satisfy the best mode requirement?

Answer "yes" or "no" for each asserted claim.

Claim 26:     _NO_

Claim 28:     _NO_

Claim 29:     _NO_

6

**Question No. 6:**

Do you find by clear and convincing evidence that the asserted claims of the '400 patent are invalid because the patent fails to satisfy the best mode requirement?

Answer "yes" or "no" for each asserted claim.

Claim 31: _____no_____

Claim 35: _____no_____

Claim 36: _____no_____

*ONLY answer Question No. 7 if you have answered "YES" to any part of questions 1through 4. Otherwise, do not answer Question No. 7.*

**Question No. 7:**

What sum of money, if any, based on a reasonable royalty would fairly and adequately compensate Versata as damages for the infringement you have found?

Answer in dollars and cents.

Answer:  $ *138,641,000*

*Answer no Further Questions.*

Signed the _26_ day of August, 2009.

8