# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **VERSATA SOFTWARE INC., et al.,** | |
| **Plaintiffs,** | |
| v. | 2:07-CV-153 CE |
| **SAP AMERICA, INC. and SAP AG,** | |
| **Defendants.** | |

## SAP'S SECOND AMENDED JURY INSTRUCTIONS

Defendants SAP America, Inc. and SAP AG (collectively, "SAP") respectfully submit these Second Amended Proposed Jury Instructions. SAP's Second Amended Final Jury Instructions are attached as "Exhibit A."

The Court's previous instructions and verdict form in this case served as a template for SAP's proposals. The Court's previous instructions and verdict questions regarding validity are not included given the procedural posture of this case. Where non-substantive changes to the Court's previous instructions have been made those substitutions are noted in <u>underline</u>. Where substantive additions are requested, those additions are noted in **bold** (with the exception of the newly included Lost Profits instruction and verdict question). Where substantive deletions are requested, those deletions are noted in ~~strikethrough~~. Where appropriate, SAP has included caselaw and argument supporting substantive additions and deletions.

Dated: May 12, 2011                                  Respectfully submitted,

FISH & RICHARDSON P.C.


By: */s/ Thomas M. Melsheimer*
    Thomas M. Melsheimer
    Texas Bar No. 13922550
    melsheimer@fr.com
    Michael A. Bittner
    Texas Bar No. 24064905
    bittner@fr.com
    1717 Main Street, Suite 5000
    Dallas, TX  75201
    214-747-5070 (Telephone)
    214-747-2091 (Telecopy)

    John W. Thornburgh (CA SBN 154627)
    thornburgh@fr.com
    Justin M. Barnes (CA SBN 217517)
    barnes@fr.com
    FISH & RICHARDSON P.C.
    12390 El Camino Real
    San Diego, California 92130
    Tel: (858) 678-5070
    Fax: (858) 678-5099

    James R. Batchelder (pro hac vice)
    James.Batchelder@ropesgray.com
    ROPES & GRAY LLP
    1900 University Ave, 6th Floor
    East Palo Alto, CA 94303
    Tel: (650) 617-4000
    Fax: (650) 617-4090

    Christopher Bunt
    rcbunt@pbatyler.com
    Parker Bunt & Ainsworth
    100 E. Ferguson, Suite 1114
    Tyler, TX  75702
    Phone:  (903) 531-3535
    Fax:  (903) 533-9687

Counsel for Defendants
SAP AMERICA, INC. AND SAP, AG

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 12, 2011, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

              */s/Thomas Melsheimer*
              Thomas M. Melsheimer