**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

VERSATA SOFTWARE, INC., ET AL.          §
                                        §
vs.                                     §          CASE NO. 2:07-CV-153-CE
                                        §
SAP AMERICA, INC., ET AL.               §

**<u>VERDICT FORM</u>**

**Question No. 1:**

Do you find that Versata has proven, by a preponderance of the evidence, that SAP's modified products directly infringe claims 26, 28, and 29 of U.S. Patent No. 6,553,350 B2 ("the '350 patent"), after May 2010 when SAP modified its product?

Answer "yes" or "no" for each claim.

Claim 26:    YES   YES

Claim 28:    YES   YES

Claim 29:    YES   YES

**Question No. 2:**

Do you find that Versata has proven, by a preponderance of the evidence, that SAP has induced the infringement of claim 29 of U.S. Patent No. 6,553,350 B2 ("the '350 patent"), after May 2010 when SAP modified its product?

Answer "yes" or "no."

Claim 29: _____ YES   YES _____

**Question No. 3:**

Do you find that Versata has proven, by a preponderance of the evidence, that SAP has contributed to the infringement of claim 29 of U.S. Patent No. 6,553,350 B2 ("the '350 patent"), after May 2010 when SAP modified its product?

Answer "yes" or "no."

Claim 29: _____yes   YES_____

**Question No. 4:**

What sum of money, if any, has Versata proved by a preponderance of the evidence would fairly and adequately compensate it for SAP's infringement based on lost profits?

Answer in dollars and cents.

Answer:  $ _260,000,000,00_

**Question No. 5:**

What sum of money, if any, based on a reasonable royalty would fairly and adequately compensate Versata for SAP's infringement?

Answer in dollars and cents.

Answer: $ _85, 000, 000. 00_

*Answer no Further Questions.*