IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC.; VERSATA DEVELOPMENT GROUP, INC., F/K/A TRILOGY DEVELOPMENT GROUP, INC.; and VERSATA COMPUTER INDUSTRY SOLUTIONS, INC., F/K/A TRILOGY COMPUTER INDUSTRY SOLUTIONS, INC.,, <br><br> Plaintiffs <br><br> vs. <br><br> SAP AMERICA, INC. and SAP, AG, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § | NO.     2:07-CV-153-CE <br><br> JURY TRIAL DEMANDED |

**STIPULATED ORDER ON EXECUTION OF JUDGMENT**

The parties have agreed as follows:

A. SAP America, Inc. and SAP, AG (collectively "SAP") will not be required to post bond or other security pending appeal pursuant to Rule 62. Pursuant to Local Rule CV-62 and the parties' Agreement Incident to Stipulated Order on Execution of Judgment, Plaintiffs have agreed to accept a signed copy of the verification of Exhibit A to this Stipulated Order as sufficient evidence of SAP's present ability to satisfy the Judgment in this matter.

B. SAP further agrees (i) to provide updated verifications, in the form of Exhibit B hereto, to Plaintiffs on a quarterly basis, confirming SAP's continuing ability to satisfy the Judgment in this matter and (ii) to report to Plaintiffs, in the form of Exhibit C hereto, within seven (7) days of SAP's determination that either SAP America, Inc.'s or SAP AG's ability to satisfy the Judgment is compromised.

C. SAP agrees that, as provided in Exhibit A, SAP will pay within fifteen (15) days of the completion of all appeal and remand proceedings (including any proceedings before the Supreme Court of the United States), or within fifteen (15) days of the expiration of the times for initiating such proceedings, any payments then due under the Judgment.

D. In reliance on the certification of Exhibit A and SAP's obligations in the paragraphs B and C immediate above Plaintiffs agree that they will not execute before fifteen (15) days after the mandate issues as provided in Paragraph C.

E. Any party can move the Court for modification, failing agreement between the parties on such modification, under any circumstances which that party deems sufficient to justify modification.

| | |
|---|---|
| Dated: September 20, 2011 | PARKER BUNT & AINSWORTH, PC |
| By: */s/ Samuel F. Baxter (w/permission by Robert Christopher Bunt*<br>Samuel F. Baxter<br>Texas Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>McKool Smith, P.C.<br>104 East Houston, Suite 300<br>Marshall, Texas 75670<br>903-923-9001 (Telephone)<br>903-927-2622 (Telecopy)<br><br>Steven J. Pollinger<br>Texas State Bar No. 24011919<br>spollinger@mckoolsmith.com<br>Scott L. Cole<br>Texas State Bar No. 00790481<br>scole@mckoolsmith.com<br>Laurie Fitzgerald<br>Texas State Bar No. 24032339<br>lfitzgerald@mckoolsmith.com<br>McKool Smith, P.C.<br>300 W. 6th Street, Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br><br>Counsel for Plaintiffs<br>Versata Software, Inc., Versata Development Group and Versata Computer Industry Solutions, Inc. | By: */s/ Robert Christopher Bunt*<br>Robert Christopher Bunt<br>Thomas M. Melsheimer<br>Texas Bar No. 13922550<br>melsheimer@fr.com<br>Michael A. Bittner<br>Texas Bar No. 24064905<br>bittner@fr.com<br>1717 Main Street, Suite 5000<br>Dallas, TX  75201<br>214-747-5070 (Telephone)<br>214-747-2091 (Telecopy)<br><br>John W. Thornburgh (CA SBN 154627)<br>thornburgh@fr.com<br>Justin M. Barnes (CA SBN 217517)<br>barnes@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California 92130<br>Tel: (858) 678-5070<br>Fax: (858) 678-5099<br><br>James R. Batchelder (pro hac vice)<br>James.Batchelder@ropesgray.com<br>ROPES & GRAY LLP<br>1900 University Ave, 6th Floor<br>East Palo Alto, CA 94303<br>Tel: (650) 617-4000<br>Fax: (650) 617-4090<br><br>Robert Christopher Bunt<br>State Bar No. 00787165<br>rcbunt@pbatyler.com<br>Parker Bunt & Ainsworth<br>100 E. Ferguson, Suite 1114<br>Tyler, TX  75702<br>Phone:  (903) 531-3535<br>Fax:  (903) 533-9687<br><br>Counsel for Defendants<br>SAP AMERICA, INC. AND SAP, AG |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 20, 2011, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Robert Christopher Bunt*
                                                Robert Christopher Bunt