# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC.; VERSATA DEVELOPMENT GROUP, INC., F/K/A TRILOGY DEVELOPMENT GROUP, INC.; and VERSATA COMPUTER INDUSTRY SOLUTIONS, INC., F/K/A TRILOGY COMPUTER INDUSTRY SOLUTIONS, INC.,, <br><br>　　　　Plaintiffs <br><br>vs. <br><br>SAP AMERICA, INC. and SAP, AG, <br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br><br>NO.　　2:07-CV-153-CE <br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF [INSERT NAME]

I, _____, _____ of [INSERT SAP America, Inc. OR SAP AG] ("the Company"), do hereby certify as follows:

1.  The Company has the financial wherewithal to satisfy the Judgment due to Plaintiffs (including all pre-judgment interest and post-judgment interest) in the case currently captioned *Versata Software, Inc., et al. v. SAP America, Inc., et al.*, Eastern District of Texas, Civil Action No. 2:07-CV-153-CE.

2.  Within fifteen (15) days of the completion of all appeal and remand proceedings (including any proceedings before the Supreme Court of the United States), or within fifteen (15) days of the expiration of the times for initiating such proceedings, the Company will make all payments then due under the judgment by wire transfer to an account specified in writing by Versata.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this \_\_th day of [INSERT NAME], at [INSERT U.S. CITY FOR SAP AMERICA; INSERT CITY FOR SAP AG].

_____
[INSERT NAME]