# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2012-1049 - VERSATA SOFTWARE V SAP AMERICA

**Date of docketing:** 11/01/2011

**Appeal from:** United States District Court/ Eastern District of Texas
case no. 07-CV-0153

**Cross-appellant(s):** Trilogy Computer Industry Solutions, Inc., Versata Computer Industry Solutions, Inc., Versata Development Group, Inc. (fka Trilogy Dev. Grp. Inc.) and Versata Software, Inc. (f/k/a Trilogy Software, Inc.)

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- **ORAL ARGUMENT SCHEDULE CONFLICTS.** *(Objections to the scheduling of oral argument should be immediate.)* See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.

Jan Horbaly
Clerk

cc: US District Court, Eastern District of Texas
    Thomas M. Melsheimer
    Samuel F. Baxter

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: November 1, 2011**

Official Caption[1]

2012-1029, -1049

VERSATA SOFTWARE, INC. (formerly known as Trilogy Software, Inc.),
VERSATA DEVELOPMENT GROUP, INC.
(formerly known as Trilogy Development Group, Inc.), and
VERSATA COMPUTER INDUSTRY SOLUTIONS, INC.
(formerly known as Trilogy Computer Industry Solutions, Inc.),

Plaintiffs-Cross Appellants,

v.

SAP AMERICA, INC. and SAP AG,

Defendants-Appellants.

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0153, Magistrate Judge Charles Everingham.

Authorized Abbreviated Caption[2]

VERSATA SOFTWARE V SAP AMERICA, 2012-1029, -1049

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

COPY

AO-149
(6/88) **UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
Appeal Information Sheet

_X_ United States District Court for the Eastern District of Texas, Marshall Division
____ United States Court of International Trade
____ United States Claims Court

**RECEIVED**

**2012-1049**

Type of case: Patent

United States Court of Appeals
For The Federal Circuit

| Commil USA LLC | Vs | Cisco Systems Inc |
|---|---|---|
| *Plaintiff(s)* | | *Defendant(s)* |

(X) See attached docket sheet for complete list of parties and attorneys.

Case No. 2:07cv153
Docket No. 576
NOA No. 59025

Date of Judgment/Order
September 09, 2011

Date of Notice
Of Appeal: October 25, 2011

Cross appeal:
Appellant: **Versata Software Inc - Pla.**

FEES:   Court of Appeals Docket Fee Paid?      _X_ Yes    ____ No
        U.S. Appeal?    ____ Yes    _X_ No
        In forma pauperis?    ____ Granted    ____ Denied    ____ Revoked
                              ____ Pending    ____ Never requested

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV - 1 2011

JAN HORBALY
CLERK

**COUNSEL**

**PLAINTIFF:**
Sam Baxter
McKool Smith P C
104 East Houston
Suite 300
Marshall, Texas 75670
903 923 9000
Fax: 903 923 9099

**DEFENDANT:**
Thomas M Melsheimer
Fish & Richardson - Dallas
1717 Main Street
Suite 5000
Dallas, Texas 75201
214 747 5070
Fax: 214 747 2091

List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

**COURT REPORTER** (Name and telephone): **Shelly Holmes 903-935-2912 Ext 231**

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.