IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VERSATA SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., AND VERSATA COMPUTER INDUSTRY SOLUTIONS, INC.<br><br>v.<br><br>SAP AMERICA, INC., AND SAP AG | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Case No. 2:07cv153-RSP |

### ORDER

Currently before the Court is Versata's Motion to Dismiss Its Remaining Claims for Injunctive and Equitable Relief on Grounds of Mootness (Dkt. No. 595), which the Court finds is meritorious. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court's orders (Dkt. Nos. 586 and 573) granting a permanent injunction in this case are hereby VACATED in their entirety.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, in light of the Versata Plaintiffs' abandonment and waiver of their request for injunctive relief or any other equitable relief still unresolved on remand, and in light of the lack of any ongoing case or controversy over such sole remaining, unresolved issues, their request for dismissal of all such requests for relief is GRANTED, and those claims are also dismissed with prejudice.

IT IS FINALLY ORDERED, ADJUDGED AND DECREED that the Judgment (Dkt. No. 576) previously entered herein be deemed FINAL.

**SIGNED this 21st day of January, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE