IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VERSATA SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., AND VERSATA COMPUTER INDUSTRY SOLUTIONS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAP AMERICA, INC. AND SAP AG,<br><br>    Defendants. | CIVIL ACTION NO. 2:07-cv-153-RSP |

## DEFENDANTS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants SAP America, Inc. and SAP AG (collectively, "SAP") in the above-captioned matter hereby appeal to the United States Court of Appeals for the Federal Circuit the Final Judgment, entered on March 17, 2014, in accordance with the Judgment previously entered and to ensure compliance with Rule 58(a) (Dkt. No. 612), and any and all underlying issues, rulings, decisions, and orders of the District Court ancillary or subsidiary thereto, as well as all subsequent orders memorializing or relating to that ruling, including without limitation:

1. Order, entered on January 21, 2014 (Dkt. No. 596), granting Versata's Motion to Dismiss Its Remaining Claims and Equitable Relief on Grounds of Mootness;

2. Order, entered on February 1, 2014 (Dkt. No. 600), refusing to modify the Order granting Versata's Motion To Dismiss Its Remaining Claims And Equitable Relief On Grounds Of Mootness;

3. Memorandum Order, entered on March 17, 2014 (Dkt. No. 611), granting Versata's Motion Under Fed. R. Civ. P. 58(d);

4. Memorandum Order, entered on April 21, 2014 (Dkt. No. 617), denying relief in SAP's Motion for Relief From Judgment Under Fed. R. Civ. P. 59(e) Or 60(b) Or For A Stay (Dkt. No. 598) and SAP's Renewed Motion for the same relief (Dkt. No. 615).

Dated: April 21, 2014                    Respectfully submitted,

                                          FISH & RICHARDSON P.C.

                         By:     */s/ Thomas M. Melsheimer*

                                          Edward R. Reines (CA SBN 135960)
                                          edward.reines@weil.com
                                          **WEIL, GOTSHAL & MANGES LLP**
                                          201 Redwood Shores Parkway
                                          Redwood Shores, CA 94065
                                          Tel:  (650) 802-3000
                                          Fax:  (650) 802-3100

                                          Thomas M. Melsheimer
                                          Texas Bar No. 13922550
                                          melsheimer@fr.com
                                          **FISH & RICHARDSON P.C.**
                                          1717 Main Street, Suite 5000
                                          Dallas, TX  75201
                                          Tel: (214) 747-5070
                                          Fax: (214) 747-2091

                                          John W. Thornburgh (CA SBN 154627)
                                          thornburgh@fr.com
                                          Justin M. Barnes (CA SBN 217517)
                                          barnes@fr.com
                                          **FISH & RICHARDSON P.C.**
                                          12390 El Camino Real
                                          San Diego, California 92130
                                          Tel: (858) 678-5070
                                          Fax: (858) 678-5099

                                          James R. Batchelder (EDTX Member)
                                          james.batchelder@ropesgray.com
                                          **ROPES & GRAY LLP**
                                          1900 University Ave, 6th Floor
                                          East Palo Alto, CA 94303
                                          Tel: (650) 617-4000
                                          Fax: (650) 617-4090

>Christopher Bunt
>rcbunt@pbatyler.com
>**PARKER BUNT & AINSWORTH**
>100 E. Ferguson, Suite 1114
>Tyler, TX  75702
>Tel:  (903) 531-3535
>Fax:  (903) 533-9687
>
>Counsel for Defendants
>**SAP AMERICA, INC. AND SAP AG**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on the 21st day of April 2014, on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

>*/s/ Thomas M. Melsheimer*
>Thomas Melsheimer