# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **VERSATA SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., AND VERSATA COMPUTER INDUSTRY SOLUTIONS, INC.**<br><br>Plaintiffs,<br><br>vs.<br><br>**SAP AMERICA, INC., AND SAP AG,**<br><br>Defendants. | Civil Action No.  2:07-CV-153-RSP<br><br>**JURY TRIAL** |

## VERSATA'S NOTICE IN RESPONSE TO SAP'S NOTICE REGARDING VERSATA'S MOTION FOR ENFORCEMENT OF STIPULATED ORDER AND AGREEMENT

Versata files this Notice in response to SAP's Notice Regarding Versata's Motion for Enforcement of Stipulated Order and Agreement and attaches correspondence to Judge Payne as Exhibit 1.

Dated: July 28, 2014.   **MCKOOL SMITH, P.C.**

/s/  *Sam Baxter*
Sam Baxter
**MCKOOL SMITH, P.C.**
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
McKool Smith, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9001
Telecopier: (903) 923-9099

1

Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
Scott Cole
Texas State Bar No. 00790481
scole@mckoolsmith.com
Laurie Gallun Fitzgerald
Texas State Bar No. 24032339
lfitzgerald@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Demetrios Anaipakos
Texas State Bar No.  00793258
danaipakos@azalaw.com
Amir Alavi
Texas State Bar No.  00793239
aalavi@azalaw.com
Steven J. Mitby
Texas State Bar No. 27037123
smitby@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI
  & MENSING, P.C.**
1221 McKinney St., Suite 3460
Houston, Texas  77010
Telephone:  (713) 655-1101
Telecopier:  (713) 655-0062

**COUNSEL FOR PLAINTIFFS VERSATA SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., AND VERSATA COMPUTER INDUSTRY SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 28, 2014.

*/s/ Sam Baxter*
Sam Baxter