IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., et al | § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 2:07-CV-153 RSP |
| SAP AMERICA, INC. , AND SAP AG, | § § | |
| Defendants. | § § § § § § | <u>FILED UNDER SEAL</u> |

## <u>ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES</u>

After considering the Joint Motion to Stay All Deadlines between Plaintiffs ("Versata") and Defendants ("SAP"), the Court finds that the motion should be GRANTED.

IT IS ORDERED that all deadlines between Plaintiffs and Defendants are stayed thirty (30) days from the date of this order.

**SIGNED this 28th day of August, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE