**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **VERSATA SOFTWARE, INC., et al** § § | |
| **Plaintiffs,** § § | |
| v. § § | NO. 2:07-CV-153 (RSP) |
| **SAP AMERICA, INC. , AND SAP AG,** § § | |
| **Defendants.** § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, acting by and through counsel, do hereby stipulate that this action, including all claims, defenses and/or counterclaims brought, or which could have been brought, is hereby dismissed with prejudice pursuant to a Patent License and Settlement Agreement executed by the parties. Each party shall bear its own attorneys' fees, expenses and costs.

Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
rcbunt@pbatyler.com
PARKER BUNT & AINSWORTH, PC
100 E. Ferguson, Suite 1114
Tyler, TX  75702
Tel:  (903) 531-3535
Fax:  (903) 533-9687

Thomas M. Melsheimer
Texas Bar No. 13922550
melsheimer@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
Tel: (214) 747-5070
Fax: (214) 747-2091

John W. Thornburgh (CA SBN 154627)
thornburgh@fr.com
Justin M. Barnes (CA SBN 217517)
barnes@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130  Tel: (858) 678-5070
 Fax: (858) 678-5099

James R. Batchelder (EDTX Member)
James.batchelder@ropesgray.com
ROPES & GRAY LLP
1900 University Ave, 6th Floor
East Palo Alto, CA 94303
Tel: (650) 617-4000
Fax: (650) 617-4090

Counsel for Defendants
SAP AMERICA, INC. AND SAP AG


/s/ *Demetrios Anaipakos (with permission)*
Demetrios Anaipakos
Texas State Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas State Bar No. 00793239
aalavi@azalaw.com
Steven J. Mitby
Texas State Bar No. 27037123
smitby@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI
    &MENSING, P.C.**
1221 McKinney St., Suite 3460
Houston, Texas 77010
Telephone: (713) 655-1101
Telecopier: (713) 655-0062

**COUNSEL FOR PLAINTIFFS VERSATA
SOFTWARE, INC., VERSATA DEVELOPMENT
GROUP, INC., AND VERSATA COMPUTER
INDUSTRY SOLUTIONS, INC.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on the 3rd day of October 2014, on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                */s/ Robert Christopher Bunt*
                                Robert Christopher Bunt